IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | Case No. 8:09cv106 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| DONNA J. BAKER, et al., | ) ) | |
| Defendants. | ) | |

Upon the Mediation Closure Notice (#210) filed by Michael F. Kinney, Mediator for the parties,

**IT IS ORDERED:**

1. On or before **July 11, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference before the undersigned set for October 17, 2011, is cancelled upon the representation that this case is settled.

Dated this 9th day of June 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge