IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas insurance company, | ) ) ) ) | CASE NO. 8:09CV106 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DONNA J. BAKER, a Nebraska resident, FIVE POINTS BANK, a Nebraska bank, and MATTHEW L. GEISER, a Nebraska resident, | ) ) ) ) ) | |
| Defendants. | ) ) ) | ORDER AND JUDGMENT |
| DONNA J. BAKER, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| FIVE POINTS BANK, a Nebraska Bank, and MATTHEW L. GEISER, a Nebraska resident, | ) ) ) ) | |
| Third-Party Defendants. | ) ) ) | |
| FIVE POINTS BANK, a Nebraska Bank, | ) ) ) | |
| Counter Claimant, | ) ) | |
| v. | ) ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas insurance company, and DONNA J. BAKER, a Nebraska resident, | ) ) ) ) ) | |
| Counter Defendants. | ) ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 214).  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The parties will bear their own costs and attorney's fees.  Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 214) is approved;

2. American General Life Insurance Company's claims against Donna J. Baker, Five Points Bank, and Defendant Matthew L. Geiser are dismissed with prejudice;

3. Donna J. Baker's claims against American General Life Insurance Company, Five Points Bank, and Matthew L. Geiser are dismissed with prejudice;

4. Five Points Bank's claims against American General Life Insurance Company and Donna J. Baker are dismissed with prejudice; and

5. The parties will bear their own costs and attorneys' fees.

Dated this 2nd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge